

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**MNSF II W1 LLC**

**C/O BROCK & SCOTT PLLC**

4360 CHAMBLEE DUNWOODY RD

SUITE 310

ATLANTA GA 30341

**1:25-CV- 4472**

**Plaintiff**

VS.

**FEDERAL COURT**_____

**Cross Reference to Magistrate Court
Of Clayton County 2025cm15420**

CORNELIUS DESHUN SMITH

**AND all others**

**Defendants,**

# PETITION FOR NOTICE OF REMOVAL OF ACTION
## WITH A FEDERAL STAY OF EVICTION PURSUANT TO
## 28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action. COMES NOW **CORNELIUS DESHUN SMITH** and all others, petitioner as above stated

and petitions this court for removal of action from the Magistrate Court of Clayton County. This petition is set forth on the following grounds;

**1.**

The Respondent did violate **15 USC 1692, Rule 60 of the federal Rule of** Civil Procedure: and having a legal duty to abort eviction pursuant to **O.C.G.A. 51-1-6.**

**2.**

The Magistrate Court of Clayton County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

**3.**

The Magistrate Court of Clayton County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief

1. This honorable Court remove this case from the Magistrate Court of Clayton County.

2. This honorable Court afford adequate discovery.

3. This honorable Court relief this Court deems just and proper.

## VERIFICATION

### (Affidavit)

The undersigned Affiant Defendant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that **I do not** have an attorney to

represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

_____

Petitioner

Cornelius Deshun Smith

Pro Se


**This is the 8th day of August 2025**