# MAGISTRATE COURT OF CLAYTON COUNTY
## DISPOSSESSORY PROCEEDING

Clerk of Magistrate Court
9151 Tara Boulevard
Room 2TC08
Jonesboro, GA 30236-4912

2025CM15420

MNSF II W1, LLC c/o Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd., Suite 310
Atlanta, GA 30341 / (888) 829-2206
PLAINTIFF'S NAME, ADDRESS & PHONE NO.

VS.

CORNELIUS DESHUN SMITH, and All Others
4778 Tuong Yen Ct
Forest Park, GA 30297
DEFENDANT'S NAME & ADDRESS

Michael Stearsman
4360 Chamblee Dunwoody Rd., Suite 310
Atlanta, GA 30341 / (888) 829-2206
PLAINTIFF'S ATTY. NAME, ADDRESS & PHONE

1. Defendant is in possession as tenant of premises at the address in Clayton County as stated.
2. Affiant is the ( ) Owner. (X) Attorney. ( ) Agent. ( ) Lessee of the owner of said premises.
3. Tenant: (X) fails to pay the rent which is now past due.
   ( ) holds the premises over and beyond the term for which they were rented or leased to him
   ( ) other grounds:
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises
   WHEREFORE, Plaintiff DEMANDS:
   (a) Possession of the premises.
   (b) Past due rent of $ 2,079.50 for the month(s) of June
   (c) Rent accruing up to the date of judgement or vacancy at the rate of $ 57.37 per day.
   (d) Other: Plaintiff requests late fees, applicable utilities, attorney fees, and court costs per contract.

Sworn to and subscribed on June 26, 2025

Signature of Affiant
Michael Stearsman
Name of Affiant (Print or Type)
(888) 829-2206 /
GARPM@brockandscott.com
Phone Number / Email Address

Witness the Honorable Chief Judge Keisha Wright Hill of said Court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. §44-7-50 and summons issued pursuant thereto.

Magistrate/Deputy Clerk/Notary Public

[Notary seal: KYLE S KOTAKE, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, MY COMMISSION EXPIRES SEPTEMBER 03, 2028]

## SUMMONS

TO THE SHERIFF OF CLAYTON COUNTY or his lawful deputies:

GREETINGS: The Defendant must file either an oral or written Answer at the Clerk of Magistrate Court of Clayton County between 8:30 A.M. and 5:00 P.M. or electronically at http://www.odysseyefilega.com (convenience fee applies) within seven (7) days from the date of service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next business day. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. §44-7-53.

This ____ day of _____, 20 __    Carla Lamar 6/26/2025 7:40 PM    DEPUTY CLERK

### ENTRY OF SERVICE (Sheriff/Process Server)

I have served the foregoing affidavit & summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously (name) _____ (X) By posting a copy to the door of the premises & depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant(s) to answer at the hour & place in said summons.

DATE OF SERVICE    JUL 08 2025
DEPUTY SHERIFF/PROCESS SERVER:
Signature _____

### WRIT OF POSSESSION

You are hereby commanded to remove said defendant from said premises and to deliver full and quiet possession of the same to the plaintiff herein; effective 1.) Instanter or 2.) _____ Pursuant to the terms of a consent judgment filed herewith.

This ____ day of _____, 20 __

Judge, Magistrate Court of Clayton County

Revised February 2025